UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 10-019 (HHK)** |
| | : | |
| **v.** | : | |
| | : | |
| **JAMES BROWN,** | : | |
| **Defendant.** | : | |

# ORDER

Based on the government's request and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby GRANTS the government's requests for leave to dismiss the above-captioned case.

APPROVED AND GRANTED THIS   24th   DAY OF              May             , 2010.


_____
UNITED STATES DISTRICT JUDGE